```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 15032
   ADESHINA ADEYENI
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-9974


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/20/2007 and was confirmed 10/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/12/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
BARCLAYS CAPITAL REAL ES  CURRENT MORTG        .00           .00           .00
BARCLAYS CAPITAL REAL ES  MORTGAGE ARRE   25471.13           .00       3441.44
ECAST SETTLEMENT CORP     UNSECURED        4689.31           .00           .00
ECAST SETTLEMENT CORP     UNSECURED        6870.63           .00           .00
BANK OF AMERICA           UNSECURED      NOT FILED           .00           .00
HSBC BANK NEVADA NA       UNSECURED        7057.95           .00           .00
CHASE BANK USA NA         UNSECURED         497.64           .00           .00
CITIFINANCIAL SERVICES    UNSECURED        8738.63           .00           .00
GE MONEY BANK             UNSECURED      NOT FILED           .00           .00
CHASE BANK USA NA         SECURED NOT I    1022.32           .00           .00
GROCHOCINSKI & GROCHOCIN  DEBTOR ATTY      1,469.00                     1,469.00
TOM VAUGHN                TRUSTEE                                         354.56
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              5,265.00

PRIORITY                                          .00
SECURED                                      3,441.44
UNSECURED                                         .00
ADMINISTRATIVE                               1,469.00
TRUSTEE COMPENSATION                           354.56
DEBTOR REFUND                                     .00
                   ---------------        ---------------
TOTALS               5,265.00                5,265.00



                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 15032 ADESHINA ADEYENI
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 09/25/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE